# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

January 21, 2025

**Via ECF**
The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Butt v. MDS Construction Management, LLC et al*
     Case No. 24-cv-8125 (AS)

Dear Judge Subramanian,

I am counsel to Plaintiff in the above-referenced matter. Pursuant to the October 28, 2024 Order [Dkt. No. 6], Plaintiff writes jointly with Defendants to adjourn the Initial Pre-trial Conference taking place on January 28, 2025, and to extend the deadlines for the joint letter and proposed CMP due on January 23, 2025.

On January 16, 2025, Parties agreed to mediate on a class-wide basis, with the mediation to take place within the next seventy (70) days. Parties also agreed on a mediator and are in the process of finalizing mediation dates.

In light of the foregoing, Parties jointly request that the deadlines for the joint letter and proposed CMP be extended and that the Initial Conference be adjourned to a date and time after the mediation takes place (i.e. after April 1, 2025). No prior requests for extension or adjournment have been made. At this juncture, the parties have no forthcoming scheduled appearances before the Court and/or any other existing deadlines.

We thank the Court for Its consideration of the above.

Respectfully submitted,
*/s/ C.K. Lee*
C.K. Lee, Esq.

Application DENIED. The Court does not adjourn litigation deadlines for the purposes of mediation or settlement. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 21.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 22, 2025