# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  (212) 465-1188
cklee@leelitigation.com

March 6, 2025

**Via ECF**
The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Butt v. MDS Construction Management, LLC et al.*
Case No. 24-cv-8125 (AS)

Dear Judge Subramanian,

I am counsel to Plaintiff in the above-referenced matter. Plaintiff's motion for conditional certification of a collective action is currently due on March 10, 2025. The parties jointly request that the deadline be extended to March 24, 2025.

The parties had a class-wide mediation on February 28, 2025. The parties are still discussing settlement. As such, since the motion may likely not be necessary, the parties are jointly requesting this extension.

No prior extension has been made for this motion. At this juncture, the parties have no forthcoming scheduled appearances before the Court.

We thank the Court for Its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

Application GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 7, 2025