UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUHAMMAD BUTT, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

v.

MDS CONSTRUCTION MANAGEMENT, LLC,
GOHAR CONSTRUCTION CORP.,
MOR DIAO, and
AZHAR BHATTI,

          Defendants.

Case No.: 1:24-cv-08125

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff MUHAMMAD BUTT hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated March 19, 2025, and annexed hereto as **Exhibit A**.

Dated: March 26, 2025

          Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Gerald Charles Waters, Jr., Esq.
gwaters@meltzerlippe.com
Danny Carrascal, Esq.
DCarrascal@meltzerlippe.com
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue,
Mineola, NY 11501
*Attorneys for Defendants MDS Construction Management, LLC and Mor Diao*

Ronald Paul Hart, Esq.
Ronald Paul Hart, P.C.
225 Broadway, Suite 2815
New York, NY 10007
ronaldphartesq@gmail.com
*Attorneys for Defendants Gohar Construction Corp. and Azhar Bhatti*

By: _____
    C.K. Lee, Esq.