UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUHAMMAD BUTT, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

              Plaintiff,

    v.

MDS CONSTRUCTION MANAGEMENT, LLC,
GOHAR CONSTRUCTION CORP.,
MOR DIAO, and
AZHAR BHATTI,

             Defendants.

---

Case No.: 1:24-cv-08125

**[PROPOSED]**
**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants MDS Construction Management, LLC, Gohar Construction Corp., Mor Diao and Azhar Bhatti (collectively "Defendants"), having offered to allow Plaintiff Muhammad Butt ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve Plaintiff's individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 19, 2025 and filed as Exhibit A to Docket Number 27;

    **WHEREAS**, on March 20, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 27);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Muhammad Butt, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 19, 2025 and filed as Exhibit A to Docket Number 27. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2025        _____
       New York, New York                                           U.S.D.J.